

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Larry Thomas Chambers, Jr., Appellant

No. 06-18-00090-CR          v.

The State of Texas, Appellee

Appeal from the 277th District Court of Williamson County, Texas (Tr. Ct. No. 17-068-K277). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellee, the State of Texas, pay all costs of this appeal.

RENDERED MARCH 1, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk